656 A.2d 435

IN THE MATTER OF CATHERINE P. MITCHELL,
AN ATTORNEY AT LAW.

April 26, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 14, 1995, recommending that **CATHERINE P. MITCHELL** of **PATERSON,** who was admitted to the bar of this State in 1972, be reprimanded for violating *RPC* 1.15(d) and *Rule* 1:21–6 (failure to maintain required records) and *RPC* 1.15(a) (negligent misappropriation of client funds), and good cause appearing;

It is ORDERED that **CATHERINE P. MITCHELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.